UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Joseph Church, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hotels.com L.P.; Expedia, Inc.; Travelscape, LLC; Reservations Technologies, Inc., d/b/a Reservations.com; Benjamin & Brothers, LLC d/b/a Reservations.com<br>Defendants. | Case No.: 2:18-cv-18-RMG<br><br><br>**CONSENT ORDER OF DISMISSAL AS TO RESERVATIONS TECHNOLOGIES, INC.** |

Pursuant to Rule 41(a)(2), Fed. R. Civ. P., Plaintiff has requested, with the consent of all parties, the dismissal without prejudice of all claims against Defendant Reservations Technologies, Inc. with each party to bear its own attorneys' fees and costs.

Reservations Technologies, Inc., by and through its undersigned counsel, has stipulated that Reservations Technologies, Inc. was dissolved on December 30, 2015 and never participated in the hotel booking business that is the subject of this action. Reservations Technologies, Inc. has further stipulated that if any evidence is discovered during the pendency of this action that suggests Reservations Technologies, Inc. had any involvement in the hotel booking business that is the subject of this action, Plaintiff may amend its pleadings in this action to name and join Reservations Technologies, Inc. again. The time of filing of such amended pleading shall relate back to the date Plaintiff's original pleadings were filed and served on Reservations Technologies, Inc. in this action and the statute of limitations shall be tolled during such interim period. Benjamin & Brothers, LLC d/b/a Reservations.com reserves and does not waive any and all defenses, including its objections to jurisdiction and venue.

1

Based upon the parties described stipulations, the Court hereby dismissed Reservations Technologies, Inc. without prejudice on the terms agreed to between the parties and recited above. This dismissal shall have no effect on Plaintiff's claims against the remaining defendants.

AND IT IS SO ORDERED,

_____
Richard M. Gergel
United States District Judge

May 18, 2018
Charleston, South Carolina

**WE CONSENT:**

s/ John P. Linton, Jr.
Ian W. Freeman (Fed. ID No. 9416)
John P. Linton, Jr. (Fed. ID No. 11089)
**WALKER, GRESSETTE, FREEMAN & LINTON, LLC**
P.O. Drawer 22167
Charleston, SC 29413
Tel: 843-727-2200
E-mail: freeman@wgfllaw.com
E-mail: linton@wgfllaw.com

James L. Ward, Jr. (Fed. ID No. 6956)
Ranee Saunders (Fed. ID No. 12713)
**MCGOWAN, HOOD & FELDER, LLC**
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Tel: 843-388-7202
E-mail: jward@mcgowanhood.com
E-mail: rsaunders@mcgowanhood.com
**ATTORNEYS FOR PLAINTIFF**

**WE CONSENT:**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Paul T. Collins
Paul T. Collins, Esq. (Fed ID No. 9055)

2

Phone: (803) 255-9747
Facsimile: (803) 255-9128
E-Mail: paul.collins@nelsonmullins.com
Ashia B. Crooms, Esq. (Fed ID No. 12721)
Phone: (803) 255-9259
Facsimile: (803) 256-9105
E-Mail: ashia.crooms@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201

G. Mark Philips, Esq. (Fed ID No. 3051)
Phone: (843) 534-4383
Facsimile: (843) 720-4391
E-Mail: mark.phillips@nelsonmullins.com
Andrew M. Connor, Esq. (Fed ID No. 11191)
Phone: (843) 853-5200
Facsimile: (843) 722-8700
E-Mail: andrew.connor@nelsonmullins.com
151 Meeting St., Suite 600
Charleston, SC 29401

--AND--

Beth Herrington, Esq.
E-Mail: beth.herrington@morganlewis.com
Bryan M. Killian, Esq.
E-Mail: bryan.killian@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 324-1000
Facsimile: (312) 324-1001

**ATTORNEYS FOR DEFENDANTS HOTELS.COM L.P., EXPEDIA, INC. AND TRAVELSCAPE, LLC**

**WE CONSENT AND SO STIPULATE:**

**MOORE & VAN ALLEN PLLC**

s/Robert E. Sumner, IV
Robert E. Sumner, IV (Federal ID No.: 10215)
78 Wentworth Street
Charleston, SC 29401
PH. (843) 579-7018
FAX (843) 579-8743
E-mail: robertsumner@mvalaw.com

**ATTORNEYS FOR DEFENDANTS BENJAMIN & BROTHERS, LLC D/B/A RESERVATIONS.COM AND RESERVATIONS TECHNOLOGIES, INC**

4