# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Joseph Church, on behalf of himself and all others similarly situated,        ) ) ) | Case No.: 2:18-cv-18-RMG |
| Plaintiff,        ) ) ) | **STIPULATION OF DISMISSAL** |
| v.        ) ) ) | **WITHOUT PREJUDICE** |
| Hotels.com L.P.; Expedia, Inc.; Travelscape, LLC; Reservations Technologies, Inc., d/b/a Reservations.com; Benjamin & Brothers, LLC d/b/a Reservations.com        ) ) ) ) ) ) | |
| Defendants.        ) | |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff and all remaining Defendants hereby stipulate to the dismissal of all claims asserted against Defendants Hotels.com L.P., Expedia, Inc., and Travelscape, LLC in this matter without prejudice with each party to bear its own attorneys' fees and costs. This stipulation of dismissal ends this action.

**WE CONSENT:**

/s/John P. Linton, Jr._____
Ian W. Freeman (Fed. ID No. 9416)
John P. Linton, Jr. (Fed. ID No. 11089)
**WALKER, GRESSETTE, FREEMAN & LINTON, LLC**
P.O. Drawer 22167
Charleston, SC 29413
Tel: 843-727-2200
E-mail: freeman@wgfllaw.com
E-mail: linton@wgfllaw.com

James L. Ward, Jr. (Fed. ID No. 6956)
Ranee Saunders (Fed. ID No. 12713
**MCGOWAN, HOOD & FELDER, LLC**
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Tel: 843-388-7202
E-mail: jward@mcgowanhood.com
E-mail: rsaunders@mcgowanhood.com
**ATTORNEYS FOR PLAINTIFF**

**WE CONSENT:**

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

/s/Paul T. Collins
Paul T. Collins, Esq. (Fed ID No. 9055)
Phone:  (803) 255-9747
Facsimile: (803) 255-9128
E-Mail: paul.collins@nelsonmullins.com
Ashia B. Crooms, Esq. (Fed ID No. 12721)
Phone: (803) 255-9259
Facsimile: (803) 256-9105
E-Mail: ashia.crooms@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201

G. Mark Philips, Esq. (Fed ID No. 3051)
Phone: (843) 534-4383
Facsimile: (843) 720-4391
E-Mail: mark.phillips@nelsonmullins.com
Andrew M. Connor, Esq. (Fed ID No. 11191)
Phone: (843) 853-5200
Facsimile: (843) 722-8700
E-Mail: andrew.connor@nelsonmullins.com
151 Meeting St., Suite 600
Charleston, SC 29401

--AND--

Beth Herrington, Esq. (*pro hac vice* forthcoming)
E-Mail: beth.herrington@morganlewis.com
Bryan M. Killian, Esq. (*pro hac vice* forthcoming)
E-Mail: bryan.killian@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 324-1000
Facsimile: (312) 324-1001

**ATTORNEYS FOR DEFENDANTS HOTELS.COM L.P., EXPEDIA, INC. AND TRAVELSCAPE, LLC**

Date:   August 27, 2018
Charleston, South Carolina